UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BENIGNO ICIDA-ORTIZ<br><br>　　　　　　　　　　Defendants. | Crim. Case No.: 21-CR-3521-JLS<br><br>ORDER |

GOOD CAUSE HAVING BEEN SHOWN:

The Court grants the relief requested by the parties. The Motion Hearing and Trial Setting set for January 28, 2022, is continued to a Motion Hearing and Trial Setting on March 4, 2022, at 1:30p.m. Time is excluded in the interest of justice in accordance with 18 USC 3161(h).

IT IS SO ORDERED.

Dated:  January 25, 2022

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge